_Civil Case_

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

_Davenport Division_

**RECEIVED**
OCT 09 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Gary E. Dickinson

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

First MidWest Bank

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☒ No

## COMPLAINT FOR A CIVIL CASE

**I.   The Parties to This Complaint**

**A.   The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Gary E Dickinson
Street Address: 2830 Oak St. Bettendorf Iowa
City and County: Scott
State and Zip Code: 52722
Telephone Number: 563 726 4681
E-mail Address:

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

First Mid West Bank — Each person I spoke/informed Lyn Lear's defamation had collections dept. Did nothing to show integrity or apologize. All phone calls recorded.
← Proof →

Page 1 of 5

Plantiff

"GARY Eugene DICKINSON."

MAL-PRACTICE: Voided: info of Being placed on AN: ESCROW ACCOUNT: For an: Elderly Retired Adult: and A: DIS-ABled Adult:

Vs

FIRST MID WEST BANK

2nd All out Forclosure / Auctioned/House.

Made defamation on Ownership of buying / Purchased The House: 2830 Oak st - Bettendorf Iowa. 52722

: TEN years Later : 2017
I GARY E. DICKINSON:
APPEARED IN PERSON: With
LYN LEAR: For compromise:
and or: A loan: To Pay Property
Taxes. After December 19,
2017. Before Christmas 12/25/17.
"Lyn LEAR": Never lets me apply:
or ~~~~ let me sit down: "STOOD":
as She: Stands up. and walked
me: Through: THe Opened Lobby:
"YOU ARE: Wasting your Time":
and: Our Time: with delinquent:
Property Taxes: Your credit score:
WOUld be TOO LOW.: Lyn Lear
Said: "I Told her: I believe -

"IN GOD 100%." IF 99% was Good enough, There would be over 400 mis-spelled words in The Dictionary.

As she opened the glass exit doors for me to Leave, as everyone There looked at us....

: ALL I ASKED: FOR COMpro-MISE: APOLOGY: FROM: LYN LEAR:

I INFORM: LYN LEAR: BRANCH MANager: And/or ASSistant: After Asking: "Elmer A. REED: IF HE KNEW What He was Doing?! LOOKED At me: Before any else was Said: Said: Don't get upset!: PROTOCol; MAKING SURE NO Advantage:

Gary Dickinson   OcT 9th 2020